1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10                    **(HON. JEFFREY T. MILLER)**

11  UNITED STATES OF AMERICA,            )    Case No. 08cr3880-JM
                                         )
12            Plaintiff,                 )
                                         )    ORDER GRANTING
13  v.                                   )    JOINT MOTION TO CONTINUE
                                         )    MOTION HEARING/TRIAL SETTING
14  RICARDO AVILA-TORRES,                )
                                         )
15            Defendant.                 )
                                         )
16  ─────────────────────────────────────)

17          Upon the joint motion of the parties [Docket No. 11] , and for good cause being shown, the motion

18  hearing/trial setting conference,  now scheduled for December 12, 2008, at 11:00 a.m. is hereby continued

19  to **Friday, January 16, 2009 at 11:00 a.m.**

20          **IT IS SO ORDERED**.

21  DATED:  December 9, 2008

22                                              _____
                                                Hon. Jeffrey T. Miller
23                                              United States District Judge

24
25
26
27
28